United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ABDOUL GAFAR AROUNA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00525** |
| | § | |
| **WARDEN, RIO GRANDE PROCESSING** | § | |
| **CENTER, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

The Court requires additional information to decide Petitioner's case. Petitioner is ORDERED

to submit supplement briefing addressing the below questions **on or before April 20, 2026**:

1. Was Petitioner released from detention at any point following his initial apprehension by

    officials with the Department of Homeland Security in January of 2025?

2. How long has Petitioner remained in immigration detention?

    IT IS SO ORDERED.

    SIGNED this April 10, 2026.

    _____
    Diana Saldaña
    United States District Judge