**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ABDOUL GAFAR AROUNA, | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00525 |
| | § | |
| WARDEN, RIO GRANDE PROCESSING | § | |
| CENTER, *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Abdoul Gafar Arouna's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

Petitioner's Petition challenges his prolonged, continuous detention by ICE, arguing that he has been detained for over a year, since having entered the United States in January of 2025. (Dkt. 1 at 4–6; Dkt. 12 at 1.) Petitioner indicated in his initial Petition that he was ordered removed and filed an appeal that remained pending before the Board of Immigration Appeals. (Dkt. 1 at 1.)

The Court **ORDERS** the Parties to file an advisory **on or before June 4, 2026** informing the Court of the status of Petitioner's immigration case, including any updates in his immigration proceedings and whether an appeal currently remains pending before the Board of Immigration Appeals.

IT IS SO ORDERED.

1 / 2

SIGNED this May 29, 2026.

_____
Diana Saldaña
United States District Judge