United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ABDOUL GAFAR AROUNA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00525** |
| | § | |
| **WARDEN, RIO GRANDE PROCESSING** | § | |
| **CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). On July 2, 2026, the Fifth Circuit issued a decision in *Sosnava Rodriguez v. Ortega,* No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026) ("*Sosnava Rodriguez*").

In light of the Fifth Circuit's recent decision, the Court **ORDERS** Respondents to file supplemental briefing by **July 14, 2026**, addressing what effect, if any, *Sosnava Rodriguez* has on each of the claims raised in Petitioner's habeas petition. Petitioner may file a reply to Respondents' briefing on or before **July 16, 2026**.

IT IS SO ORDERED.

SIGNED this July 9, 2026.

Diana Saldaña
United States District Judge